IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-03174-JLK**

**THOMAS ROSS JACKSON,**

      Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

      Defendant.

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 16), it is ORDERED that the final agency decision in this case is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further evaluation of the record and a new decision. The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58, consistent with the decision in *Shalala v.* Schaefer, 509 U.S. 292, 296-302 (1993).

Dated: May 12th, 2015.

                                                            *s/John L. Kane*
                                                            SENIOR U.S. DISTRICT JUDGE